**PAUL J. FISHMAN**
United States Attorney
**BERNARD J. COONEY**
**NICOLE F. MASTROPIERI**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel.: (973) 645-2823
Fax: (973) 297-2010
E-mail: bernard.cooney@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* JOHN DOE, <br><br> Plaintiffs/Relator, <br><br> v. <br><br> BIOTELEMETRY, INC., CARDIONET, INC., AND MEDNET HEALTHCARE TECHNOLOGIES, INC., <br><br> Defendants. | Honorable Kevin McNulty, U.S.D.J. <br><br> Civil Action No. 14-5980 <br><br> [PROPOSED] ORDER |

WHEREAS, the United States has submitted a Notice of Election to Intervene in Part for Settlement Purposes and Decline Intervention in Part against defendant MedNet Healthcare Technologies, Inc. ("MedNet") and to Decline Intervention entirely against defendants BioTelemetry, Inc. and CardioNet, Inc.; and

WHEREAS, the United States and Relator John Doe (the "Relator") having submitted a joint stipulation of dismissal of claims against the defendants,

IT IS on this 28th day of November, 2016,

ORDERED that the relator's Complaint shall be dismissed, subject to the terms in the settlement agreement between the United States, the relator, and MedNet, as follows:

(1)  As to the United States, the claims against MedNet are dismissed with prejudice as to the Covered Conduct that is identified in the above-referenced Election Notice, and without prejudice as to any other claims;

(2)  As to the Relator, the claims against MedNet and against defendants BioTelemetry, Inc. and CardioNet, Inc. are dismissed in their entirety, with prejudice; and

(3)  As to the United States, the claims against defendants BioTelemetry, Inc. and CardioNet, Inc. are dismissed in their entirety, without prejudice.

Newark, New Jersey

_____
KEVIN MCNULTY
United States District Judge